1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     RONALD LEE CANADA,                          No.  2:17-cv-1235 DB P

12                      Plaintiff,

13              v.                                  ORDER TO SHOW CAUSE

14     HEIKEL, et al.,

15                      Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §

18     1983.  Plaintiff alleges defendants refused to provide him with medical care in violation of his

19     Eighth Amendment rights and retaliated against him in violation of his First Amendment rights.

20     By order dated October 3, 2018, the court screened and dismissed the complaint for failure to

21     state a claim.  (ECF No. 14.)  Plaintiff was directed to file an amended complaint within thirty

22     days and warned that failure to file an amended complaint could result in dismissal.  Those thirty

23     days have passed and plaintiff has not filed an amended complaint, requested additional time to

24     file an amended complaint, or otherwise responded to the court's orders.

25     ////

26     ////

27     ////

28     ////

1

1       Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this

2   order, plaintiff shall either dismiss this action or file an amended complaint.  If he fails to do so

3   the court may recommend that this action be dismissed for plaintiff's failure to comply with court

4   orders and failure to prosecute.  See E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

5   Dated:  November 26, 2018

6

7

8               DEBORAH BARNES
                UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13
    DLB: 12
14  DLB1/prisoner-civil rights/cana1235.osc

15

16

17

18

19

20

21

22

23

24

25

26

27

28