1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD LEE CANADA,                    No. 2:17-cv-1235 DB P

12              Plaintiff,

13        v.                               ORDER AND FINDINGS AND
                                           RECOMMENDATIONS
14   HEIKEL, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §

18   1983.  Plaintiff alleges defendants refused to provide him with medical care in violation of his

19   Eighth Amendment rights and retaliated against him in violation of his First Amendment rights.

20   Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. §

21   636(c).  (ECF No. 12.)

22        By order dated October 3, 2018, the court screened and dismissed the complaint for

23   failure to state a claim.  (ECF No. 14.)  Plaintiff was directed to file an amended complaint within

24   thirty days and warned that failure to file an amended complaint could result in dismissal.

25   Thereafter, plaintiff did not file an amended complaint.

26        By order dated November 26, 2018, plaintiff was ordered to dismiss this action or file an

27   amended complaint within fourteen days.  (ECF No. 17.)  Plaintiff was again warned that failure

28   to comply with the court's order may result in a recommendation that this action be dismissed.

                                           1

Those fourteen days have passed and plaintiff has not filed an amended complaint, notified the court he wishes to dismiss this action, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 18, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB: 12
DLB1/prisoner-civil rights/cana1235.fsc

2